IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:08-cv-309 (CAR) |
| | : | |
| v. | : | |
| | : | |
| RALPH BATTLE, Warden | : | |
| | : | |
| Defendant. | : | |

_____

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court are the United States Magistrate Judge's Recommendations [Docs. 30 and 31] to grant Defendant Battle's Motion to Dismiss and deny Plaintiff's motions seeking dismissal and court-appointed counsel.  Plaintiff has not filed an objection to either Recommendation.  Having considered the matter, the Court agrees with the Recommendations.  In accordance with the Recommendations, Defendant's Motion to Dismiss [Doc. 21] is GRANTED;  Plaintiff's motion seeking dismissal [Doc. 24] is DENIED; and Plaintiff's motion seeking court-appointed counsel [Doc. 28] is DENIED AS MOOT .  Accordingly, the Recommendations are **HEREBY ADOPTED AND MADE THE ORDERS OF THE COURT**.

**SO ORDERED**, this 21st day of January, 2010.

S/ C. Ashley Royal  
C. ASHLEY ROYAL  
UNITED STATES DISTRICT JUDGE

SSH